```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0163--CR (RRB)
                                   "USA V ERIC FRANKLIN CARTER"
                                   DEF 1.1 CARTER, ERIC FRANKLIN

                    Including terminated defendants, excluding terminated counsel


      Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 11/18/03
               Closed: 06/01/04
   No. of Defendants: 1
        MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
     Needs interpreter: NO
     Counsel of record: Kevin F. McCoy
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Steven Skrocki
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 CARTER, ERIC FRANKLIN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2113(a) BANK ROBBERY (F) | Dismissed (27-1) |
| 22 - 1 INF | 1 | 18:2113(a) BANK ROBBERY (F) | Sentenced (27-1) |
| 22 - 1 INF | 2 | 18:2113(a) BANK ROBBERY (F) | Sentenced (27-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0163--CR (RRB)
                             "USA V ERIC FRANKLIN CARTER"

                         For filing dates on or before 01/25/06
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 11/18/03
          Closed: 06/01/04
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 11/18/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/17/03. |
| NOTE - 2 | 11/18/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 1 - 1 | 11/18/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 11/18/03 | [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify USM; def in custody. |
| 3 - 1 | 11/18/03 | [Re: DEF 1] AHB Minute Order re Arr set for 11/19/03 at 10:00 a.m. cc: USA, USM, USPO |
| 4 - 1 | 11/19/03 | [Re: DEF 1] Financial Affidavit. |
| 5 - 1 | 11/19/03 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 12/03/03. cc: USA, FPD |
| 6 - 1 | 11/19/03 | [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 3:00 p.m., 11/25/03. cc: USA, FPD, USM, PO |
| 7 - 1 | 11/19/03 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of arr on Indt (held 11/19/03); fin aff FILED; FPD appointed; def detained; order of det pending hrg FILED; det hrg set 3:00 p.m., 11/25/03; ptms due 12/3/03; order re: preparation for trial FILED. cc: USA, FPD, USM, PO |
| NOTE - 3 | 11/26/03 | Issued: Notice of Speedy Trial Act ddlns to RRB. cc: CMC |
| 8 - 1 | 11/26/03 | [Re: DEF 1] RRB Minute Order setting trial by jury for 1/12/04 at 8:30 a.m. and FPTC for 1/6/04 at 1:30 p.m. in Courtroom #3. cc: S. Skrocki, K. McCoy, USM, USPO, MJ Branson, jury clerk |
| 9 - 1 | 12/01/03 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO |
| 10 - 1 | 12/01/03 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of det hrg (held 11/25/03); order of det pending trial FILED. |
| 11 - 1 | 12/02/03 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 12 - 1 | 12/03/03 | DEF 1 Unopposed motion to extend pretrial motions by 10 days. |
| 13 - 1 | 12/08/03 | [Re: DEF 1] AHB Minute Order that hrg re: mot (12-1) is set 9:30 a.m., 12/9/03. cc: USA, FPD, USM, PO |
| 14 - 1 | 12/09/03 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of hrg on def's unopposed mot to ext ptms by 10 days (12-10) (held 12/9/03); granting unopposed motion to extend pretrial motions by 10 days (12-1); ptms now due 12/15/03; oppos due 12/19/03. cc: USA, FPD |
| 15 - 1 | 12/16/03 | DEF 1 Unopposed motion on shortened time to continue trial approximately thirty days. |

ACMS: R_RDSDI          As of 01/25/06 at 10:22 AM by PATTY                      Page 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0163--CR (RRB)
"USA V ERIC FRANKLIN CARTER"

For filing dates on or before 01/25/06

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 - | 1 | 12/17/03 | [Re: DEF 1] RRB Minute Order granting unopposed motion on shortened time to continue trial approximately thirty days (15-1). The FPTC set for 1/6/04 at 1:30 p.m. will be utilized as a trial rescheduling conference. cc: S. Skrocki, K. McCoy, USM, USPO, MJ Branson |
| 17 - | 1 | 01/07/04 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] trial rescheduling conf hled 1/6/04. TBJ set 1/12/04 is vacated. TBJ is reset for 2/9/04 to trail US v James case. The fptc is set for 2/3/04 at 8:30 a.m. Def detention is continued. cc: AUSA, FPD, USM, USPO, MJ Branson, Jury Clerk |
| 18 - | 1 | 01/07/04 | [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(8)(A)(B) for a total of 12 days. |
| 19 - | 1 | 02/02/04 | DEF 1 Notice of Intent to change plea. |
| 20 - | 1 | 02/02/04 | DEF 1 Plea Agreement. |
| 21 - | 1 | 02/03/04 | DEF 1 Waiver of indictment. |
| 22 - | 1 | 02/03/04 | [Re: DEF 1] PLF 1 Information |
| 23 - | 1 | 02/03/04 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] COP held 2/3/04. Def changed plea to guilty on counts 1 & 2 of the (Substituting) Information. Court accepted pleas. Referred to P.O. for presentence report. IOS set for 5/20/04 at 8:30 a.m. Def detained pending IOS. Substituting Information filed. TBJ set 2/9/04 vacated. cc: AUSA, FPD, USM, USPO, JC, MJ Branson |
| 24 - | 1 | 05/13/04 | DEF 1 Sentencing Memorandum. |
| 25 - | 1 | 05/13/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 26 - | 1 | 05/21/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] IOS Held 05/20/04; def sentenced to 44 mos in prison; SR 36 mos; SA $200; Restitution $1,920.15; ct 1 of the Indt dism. |
| 27 - | 1 | 06/01/04 | [Re: DEF 1] RRB Judgment dism ct 1 of the Indt (1-1); pleaded guilty to cts 1,2 of the Info (22-1); def sentenced to 44 mos in prison; 36 mos SR; $200 SA; Restitution $1920.15. cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 28 - | 1 | 06/24/04 | [Re: DEF 1] Partial transcript re: IOS held 5/20/04. |
| 29 - | 1 | 08/17/04 | USM Return of svc of judgmet re: DEF 1 on 7/21/04 to FCI Sheridan at Sheridan, OR. |
| 30 - | 1 | 06/02/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 4 | 06/07/05 | Issued: writ of execution re: DEF 1. |